

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Thomas Arning*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Thomas.Arning@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 856-3155*

June 29, 2026

**By ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:** ***Jose Edilberto Castro Dominguez v. Blanche, et al.,* No. 26-05230**
> **Voluntary Departure and Dismissal of Habeas**

Dear Judge Cecchi:

This Office represents the Respondents in the above-referenced immigration habeas matter.

Petitioner was granted voluntary departure on June 25, 2026. *See* ECF No. 9. This Office has been coordinating with Petitioner's counsel and U.S. Immigration and Customs Enforcement ("ICE") to effectuate the Petitioner's request for voluntary departure. Petitioner's counsel has informed us that Petitioner is stipulating to closure of this case so that Petitioner may voluntarily depart from the United States. We therefore respectfully request that Your Honor close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

The previous stay of Petitioner's
transfer, ECF No. 4, is hereby lifted.

SO ORDERED

   *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   6/30/2026

ROBERT FRAZER
United States Attorney

By:   */s/ Thomas Arning*
THOMAS ARNING
Assistant United States Attorney
*Attorneys for Respondents*

cc:    Counsel of record (via ECF)